**GREGORY T. MURPHY**
California State Bar No. 245505
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: gregory_murphy@fd.org

Attorneys for Hope Nicole Aronson

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARBARA L. MAJOR)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ0236 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| HOPE NICOLE ARONSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov; and

Gayle J. Mayfield-Venieris
federal@mayfield-law.com,mayfieldlaw@gmail.com

Respectfully submitted,

DATED:   January 31, 2008                /s/ Gregory T. Murphy
                                         **GREGORY T. MURPHY**
                                         Federal Defenders of San Diego, Inc.
                                         Attorneys for Hope Nicole Aronson